**Order filed October 21, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00787-CV
_____

**SARITA GARG, SMITH & GARG, LLC AND GARG & ASSOCIATES, PC,**
**Appellants**

**V.**

**TUAN M. PHAM, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-43381**

---

# O R D E R

This is an accelerated appeal from an interlocutory order denying appellants' motion to compel arbitration signed August 25, 2014. Appellants' notice of appeal was due September 15, 2014. *See* Tex. R. App. P. 26.1(b); 4.1(a) (extending the deadline when the last day falls on a Saturday, Sunday, or holiday). Appellants' notice of appeal was not filed until September 30, 2014, within the fifteen-day

period for requesting an extension of time. Appellants did not file a motion to extend time to file the notice of appeal, however.

A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal within **15 days** of the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM